IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| ADC TELECOMMUNICATIONS, INC., <br><br>　　　　　Plaintiff, <br><br>v. <br><br>COMMSCOPE SOLUTIONS PROPERTIES, LLC, and COMMSCOPE SOLUTIONS, INC., <br><br>　　　　　Defendants. | Civil Action No: 05-02584 ADM-JSM |

## STIPULATED MOTION TO AMEND THE COMPLAINT

Plaintiff ADC Telecommunications, Inc. ("ADC") and Defendants CommScope Solutions Properties, LLC and CommScope Solutions, Inc. (collectively, "CommScope"), hereby stipulate to entry of the First Amended Complaint attached to this motion as Appendix A.

Respectfully Submitted,

| **ADC TELECOMMUNICATIONS, INC.** | **COMMSCOPE SOLUTIONS PROPERTIES LLC., and COMMSCOPE SOLUTIONS, INC.** |
|---|---|
| By its attorneys, | By its attorneys, |
| s/ Dennis C. Bremer | s/ Jan M. Conlin |
| Alan G. Carlson (14,801) | Michael V. Ciresi (16,949) |
| Philip P. Caspers (192,569) | Martin R. Lueck (155,548) |
| Timothy A. Lindquist (245,318) | Jan M. Conlin (192,697) |
| Dennis C. Bremer (299,182) | ROBINS, KAPLAN, MILLER |
| Samuel A. Hamer (294,469) | 　& CIRESI, LLP |
| CARLSON, CASPERS, VANDENBURGH | 2800 LaSalle Plaza |
| 　& LINDQUIST, P.A. | 800 LaSalle Avenue |
| 225 South Sixth Street, Suite 3200 | Minneapolis, MN  55402 |
| Minneapolis, Minnesota  55402 | Phone:  (612) 349-8500 / Fax:  (612) 339-4181 |
| Phone:  (612) 436-9600 / Fax:  (612) 436-9605 | |