IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| ADC TELECOMMUNICATIONS, INC., and ADC GmbH <br><br> Plaintiffs, <br><br> v. <br><br> COMMSCOPE SOLUTIONS PROPERTIES, LLC, and COMMSCOPE SOLUTIONS, INC., <br><br> Defendants. | Civil Action No: 05-02584 (PJS-RLE) |

## STIPULATED DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS WITH PREJUDICE

The parties have reached a settlement in this case, and hereby stipulate to the dismissal of all claims and counterclaims with prejudice.

**AGREED TO:**

Dated: January 3, 2007

**ADC TELECOMMUNICATIONS, INC. and ADC GmbH**

By its attorneys,

 s/ Philip P. Caspers
Alan G. Carlson (14,801)
Philip P. Caspers (192,569)
Timothy A. Lindquist (245,318)
Dennis C. Bremer (299,182)
Samuel A. Hamer (294,469)
CARLSON, CASPERS, VANDENBURGH
  & LINDQUIST, P.A.
225 South Sixth Street, Suite 3200
Minneapolis, Minnesota  55402
Ph:  (612) 436-9600 / Fax:  (612) 436-9605

Dated: January 3, 2007

**COMMSCOPE SOLUTIONS PROPERTIES LLC., and COMMSCOPE SOLUTIONS, INC.**

By its attorneys,

 s/ Brian A. Mayer
Michael V. Ciresi (16,949)
Martin R. Lueck (155,548)
Jan M. Conlin (192,697)
Brian A. Mayer (329514)
ROBINS, KAPLAN, MILLER
  & CIRESI, LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402
Ph:  (612) 349-8500 / Fax:  (612) 339-4181