UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| ADC Telecommunications, Inc., and ADC GmbH, | Civil No. 05-2584 (PJS/RLE) |
| Plaintiffs, | |
| v. | ORDER OF DISMISSAL |
| Commscope Solutions Properties, LLC, and Commscope Solutions, Inc., | |
| Defendants. | |

---

Based upon the Stipulation of Dismissal filed by the parties on January 3, 2007,

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

Dated: January 5, 2007                  s/ Patrick J. Schiltz
                                               Patrick J. Schiltz
                                               United States District Judge